# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA             PLAINTIFF

v.             NO. 4:24-po-00023-JJV

ELIZABETH HERROD             DEFENDANT

## **JUDGMENT**

On September 30, 2024, this action came before the Court for a bench trial. The United States appeared through its counsel, Assistant United States Attorney Katie Hinojosa, and Special Assistant United States Attorneys Deanna Ray and Glenn Mathis. The defendant appeared *pro se*. Following witness testimony and the receipt of evidence, the Court found that Ms. Herrod had committed the offense cited in CVB ticket no. 9327874 – a violation of 36 CFR 327.14(a), the destruction, injury, defacement, removal or any alteration of public property   The Court ordered the defendant to pay $6,727.58 in restitution to the Corps of Engineers Project Office and imposed a fine in the amount of $500.00, for a total of $7,227.58. The restitution and fine must be paid in full by January 31, 2025.

IT IS SO ORDERED this 20th day of November 2024.

*Nunc pro tunc* September 30, 2024.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE